Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
**DONIGER / BURROUGHS APC**          JS-6
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff
Email: stephen@donigerlawfirm.com
Email: scott@donigerlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., | Case No. CV 10-9265 CBM(VBKx) |
| | *Honorable Consuela B. Marshall Presiding* |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION FOR DISMISSAL OF REMAINDER OF ACTION** |
| CJ APPAREL, INC.; et al., | |
| Defendants. | |

    Having reviewed the Stipulation for Dismissal filed by Plaintiff and Ross Stores, Inc. and finding good cause thereon,

///

///

///

1

1    IT IS HEREBY ORDERED that the remainder of this action be dismissed with
2 prejudice, with all parties to bear their own fees incurred in connection with this
3 action, subject to any obligations regarding defense or indemnity between or among
4 the defendants.
5    SO ORDERED.
6
  Dated: August _10, 2011         By: _____
7                                      HON. CONSUELO B. MARSHALL
                                       U.S. DISTRICT COURT JUDGE

2